

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2014

No. 04-14-00024-CR

Edward M. **JOHNSON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 1998CR6320
Honorable Mark R. Luitjen, Judge Presiding

## O R D E R

On July 28, 2014, Appellat Edward M. Johnson filed correspondence with this court seeking correction for an inaccurate clerk's record.

On January 21, 2014, this court administratively closed appeal number 04-14-00024-CR. We therefore consider Appellant's correspondence as a motion seeking assistance in filing a post-conviction writ of habeas corpus. This court has "no jurisdiction over post-conviction writs of habeas corpus in felony cases." *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding); *accord* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2010). Post-conviction writs of habeas corpus are to be filed in the trial court in which the conviction was obtained and made returnable to the Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07(b) (West Supp. 2010).

Appellant's motion is DENIED without prejudice to seeking relief in the proper court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court